UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JO ELLEN PETERS and KEN LANE,<br><br>    Plaintiffs, Appellants and Cross-Appellees,<br><br>v.<br><br>AMAZON SERVICES LLC,<br><br>    Defendant, Appellee and Cross-Appellant. | No. 14-35338 [ Cross-Appeal]<br><br>(U.S. District Court W.D. Wash. No. 2:13-cv-00480 MJP)<br><br>Motion to Dismiss Cross-Appeal |

    Pursuant to Fed. R. App. P. 42(b), Defendant, Appellee and Cross-Appellant Amazon Services LLC ("Amazon") moves to voluntary dismiss its cross-appeal, with each party responsible for any costs or fees associated with the cross-appeal. Amazon makes this motion before filing its principal brief as cross-appellant and before any party has briefed any issue on the cross-appeal.

MOTION TO DISMISS CROSS-APPEAL - 1
DWT 24990127v1 0051461-000317

RESPECTFULLY SUBMITTED this 8th day of October, 2014.

>Davis Wright Tremaine LLP
>Attorneys for Amazon Services LLC
>
>By: *James C. Grant*
>    James C. Grant
>    John A. Goldmark
>    James Harlan Corning
>    1201 Third Avenue, Suite 2200
>    Seattle, WA  98101-3045
>    Telephone:  (206) 622-3150
>    Facsimile:   (206) 757-7700
>    Email:   jamesgrant@dwt.com
>             johngoldmark@dwt.com
>             jamescorning@dwt.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 8, 2014, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following plaintiffs' counsel:

| | |
|---|---|
| Beth E. Terrell: | bterrell@tmdwlaw.com |
| Britton D. Monts: | bmonts@themontsfirm.com |
| Richard E. Norman | rnorman@crowleynorman.com |
| R. Martin Weber, Jr. | mweber@crowleynorman.com |

DATED: October 8, 2014.

            s/ *James C. Grant*
            James C. Grant